# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00637-CR

**Amber Rose Edmonds, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT
### NO. 66725, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Amber Rose Edmonds has filed a pro se notice of appeal from the district court's judgment revoking her community supervision for the offense of possession of marihuana in an amount four ounces or more but less than five pounds. *See* Tex. Health & Safety Code Ann. § 481.121 (West 2010). The district court has certified that Edmonds has waived her right of appeal. *See* Tex. R. App. P. 25.2(a)(2); *Monreal v. State*, 99 S.W.2d 615, 622 (Tex. Crim. App. 2003). Accordingly, we dismiss the appeal on that ground. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Bob Pemberton, Justice

Before Chief Justice Jones, Justices Pemberton and Henson

Dismissed

Filed:   December 7, 2011

Do Not Publish